LAW OFFICES OF
# FREDERICK K. BREWINGTON

*ATTORNEYS AND COUNSELORS AT LAW*
556 PENINSULA BOULEVARD
HEMPSTEAD, N.Y. 11550-4282

———

TELEPHONE: (516) 489-6959
FACSIMILE: (516) 489-6958

**FREDERICK K. BREWINGTON**
———
**IRA FOGELGAREN**
———
**GREGORY CALLISTE, JR.**
**VALERIE M. CARTRIGHT**
**JOHANNA C. DAVID**

March 8, 2013

Honorable Gary R. Brown
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

    Re:    Jorgensen v. County of Suffolk
            Docket No.: CV-11-2588(MKB)(GRB)

Dear Judge Brown:

    As your records reflect, we are the attorneys representing the Plaintiff in the above referenced matter. As per Your Honor's order dated February 28, 2013, please accept this letter as a status update on the above referenced matter.

    As Your Honor is aware, the underlying criminal action in this matter is currently on appeal under docket number 2012-05826. I have been advised by Ms. Jorgensen's Appellate Attorney, Richard Mischelle, Esq. that Defendant Appellant's brief was filed on January 16, 2013. The People's opposition is due no later than March 15, 2013. Should Your Honor require additional information, we would be happy to provide same.

    We thank the Court for its kind consideration.

                              Respectfully submitted,

                                    /s/

                              JOHANNA C. DAVID

cc:    Arlene Zwilling, Esq. (via facsimile)
:jcd